IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Terry Romero Collins - #225677

_____/

CV 10 80 105 MISC VRW

**ORDER TO SHOW CAUSE**

It appearing that Terry Romero Collins has been suspended for 90 days by the Supreme Court of California effective April 25, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before June 21, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Terry Romero Collins
Attorney At Law
7677 Oakport St #1050
Oakland, CA 94621