**FILED**

JUL -6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80105 MISC VRW

Terry Romero Collins,                ORDER

    State Bar No 225677

_____/

        On May 11, 2010, the court issued an order to show cause (OSC) why Terry Romero Collins should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension for ninety days by the Supreme Court of California, effective April 25, 2010.

        The OSC was mailed to Mr Collins's address of record with the State Bar on May 12, 2010, and returned by the post office as unclaimed. A written response was due on or before June 21, 2010. No response to the OSC has been filed as of this date.

        The court now orders Terry Romero Collins removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

        IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Terry Romero Collins,

_____/

Case Number: C10-80105  VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Terry Romero Collins
7677 Oakport St, #1050
Oakland, CA 94621


Dated: July 6, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*